## ANONYMOUS.

High Court of Errors and Appeals. (Adjourned.) December 3, 1814.

*Clayton's Notebook, 43.*

This came before the Court on a writ of error to the Supreme Court. At the trial below exceptions were taken by the plaintiff to the opinion of the Court on several points of law. Verdict for the defendant. On the writ [of] error last August Term the judgment of the Supreme Court was reversed, and judgment rendered that plaintiff recover his term. Ordered that the *quod recuperet* be vacated, and that the cause be remanded to the Supreme Court for final decision. Del.Const., Art. 7, s. 2.

*Clayton's Notebook, 44.*

JAMES ROGERS, Esquire, was appointed Attorney General in the Winter Vacation of 1814.

## [ANONYMOUS.]

Supreme Court. Kent. March, 1815.

*Clayton's Notebook, 44.*

The clerk by mistake had made many writs of *fieri facias* and *venditioni exponas* returnable a week before the commencement of the term, and sales had in several instances taken place under them. On mention made of the fact, the Court directed that they all should be amended.

NOTE. The Court sat but one day during this term, and no causes were tried.